JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/13/2011

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH THOMPSON,<br><br>　　　　　Petitioner,<br>vs.<br><br>J. TIM OCHOA, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-4431-PSG (RNB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1/12/11

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1